■ In the Matter of JOSE RIVERA, Appellant, v MARIA ECHAVESTE et al., Respondents.—Judgment, Supreme Court, Bronx County (Fred Eggert, J.), entered on or about August 26, 1991, unanimously affirmed for the reasons stated by Fred Eggert,

J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Wallach, Kupferman and Rubin, JJ.